UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Michele Richardson<br><br>Plaintiff,<br><br>v.<br><br>Stuart Allan & Associates, Inc.<br><br>Defendant. | Case No. 14-cv-02233-TUC-JR<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| Hyslip & Taylor, LLC, LPA | Lou Spivack, P.C. |
|---|---|
| By:＿＿/s/ Jeffrey S. Hyslip＿＿(Pro Hac Vice)＿<br>Jeffrey S. Hyslip<br>1100 W. Cermak Rd., Suite B410<br>Chicago, IL  60608<br>Telephone:  312-380-6110<br>Fax: 312-361-3509<br>Email: Jeffrey@lifetimedebtsolutions.com<br>Attorney for Plaintiff | By: /s/ Lou Spivack<br>Lou Spivack<br>5447 East Fifth Street, Suite 205<br>Tucson, AZ  85711<br>Telephone: 520-325-4667<br>Fax: 520-318-6799<br>Email:  lspivack@louspivackpc.com<br>Attorney for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2014, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Lou Spivack
5447 East Fifth Street, Suite 205
Tucson, AZ  85711

Counsel for:
Stuart Allan & Associates, Inc.

/s/ Jeffrey S. Hyslip__(Pro Hac Vice)_